IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT MAUK,<br><br>    Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br><br>    Defendant. | No. CIV 05-398-TUC-CKJ<br><br>**ORDER** |

On August 25, 2006, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation [Doc. # 22] in which he recommended that Plaintiff's Motion for Summary Judgment [Doc. # 7] be granted, that Defendant's Cross-Motion for Summary Judgment [Doc. # 15] be denied, and that the case be remanded for payment of benefits.. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 22] is ADOPTED;

2. Plaintiff's Motion for Summary Judgment [Doc. # 7] is GRANTED;

3. Defendant's Cross-Motion for Summary Judgment [Doc. # 15] is DENIED;

4. This matter is REMANDED to the Commissioner for an award of benefits, consistent with the findings set forth in the Report and Recommendation.

5. Judgment shall be entered in favor of Plaintiff.

1  6.  The Clerk of the Court shall enter judgment in this case and shall then close its file in this matter.

DATED this 15th day of September, 2006.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -